BLUE *against* STOUT and FISHER.

Special bail cannot object to an amendment of the *ac etiam*.

A MOTION was made, in this cause, to amend the *ac etiam* of the *capias ad respondendum*, which the attorney for the plaintiff, by mistake, issued in covenant, when it should have been in assumpsit.

This was opposed, because special bail had been put in.

*S. M. Perkins,* for the motion.

*Dayton & Woods,* contra.

*Curia.* The bail have no right to object to the amendment.(a) The motion must be granted, on payment of costs.

Rule accordingly.

(a) Vid. *Christie* v. *Walker*, 1 *Bingham*, 68.